IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TARA WHITT, #262993, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cv-647-ID |
| | ) | [WO] |
| | ) | |
| CYNTHIA S. WHEELER-WHITE, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation on October 29, 2009 (Doc. No. 12), in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION of the Magistrate Judge is ADOPTED. The petition for habeas corpus relief is DISMISSED without prejudice to afford Petitioner an opportunity to exhaust all state court remedies available to her.

A separate judgment shall be entered.

Done this 3rd day of December, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE